# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2140
Lower Tribunal No. 2017-CF-001435

_____

ERRICK HOLMES, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from Osceola County.
Keith A. Carsten, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and WOZNIAK, JJ., and LAMBERT, B.D., Associate Judge, concur.

Errick Holmes, Jr., Punta Gorda, pro se.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED